# Court of Appeals
# of the State of Georgia

ATLANTA, November 10, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0594. BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA v. GONYEA et al.

This case was docketed on October 14, 2025. As such, Appellant's brief and enumerations of error were due by Monday, November 3, 2025. Because Appellant has failed to file a brief or timely motion for extension of time, see Court of Appeals Rules 16(a), 23(b), the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/10/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*